■ JACK A. CARDINELL, Appellant, v CHERUNDOLO, BOTTAR & LEONE, P.C., et al., Respondents. [873 NYS2d 229]—Appeal from an order of the Supreme Court, Onondaga County (James P. Murphy, J.), entered January 10, 2008 in a legal malpractice action. The order denied the motion of plaintiff for partial summary judgment, granted the cross motion of defendants for summary judgment and dismissed the complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Martoche, Centra, Fahey and Peradotto, JJ.

■ GORDON S. BLACK, Respondent, v LONNY H. DOLIN, Appellant. [872 NYS2d 347]—Appeal from an order of the Supreme Court, Monroe County (David Michael Barry, J.), entered July 25, 2007 in a divorce action. The order clarified the equitable distribution of the parties' marital assets.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated at Supreme Court. Present—Scudder, P.J., Martoche, Centra, Fahey and Peradotto, JJ.